UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00208-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JERRY LEE GRIER JR.,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's second letter to the court, which appears to request a modification of the terms of the judgment to allow him to reside in the Northern District of Georgia when he is released from incarceration. Review of the docket reveals that defendant remains represented by retained counsel. Thus, any request to the court must be made by such counsel. L.Cr.R. 47.1(H).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the second letter (#29) to the court, to the extent it seeks relief, is **DENIED** without prejudice.

Signed: June 24, 2013

Max O. Cogburn Jr.
United States District Judge