UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00208-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JERRY LEE GRIER JR.,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on S. Frederick Winiker, III's "Notice of Status of Representation," which the court deems to be a Motion to Withdraw as Counsel. Having considered S. Frederick Winiker, III's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that S. Frederick Winiker, III's Motion to Withdraw as Counsel (#31) is GRANTED, and Mr. Winiker is relieved from further representation of defendant in this matter.

Signed: July 2, 2013

Max O. Cogburn Jr.
United States District Judge